HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ISMAEL HERNANDEZ-TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:14-CR-0195-MCE |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| ISMAEL HERNANDEZ-TORRES, ) | |
| Defendant. ) | Date:  September 11, 2014<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Ismael Hernandez-Torres, and plaintiff, United States of America, that the status conference scheduled for September 11, 2014, may be continued to September 18, 2014, at 9:00 a.m.

The parties have reached a plea agreement in this fast-track illegal reentry case but assigned defense counsel is unavailable for court on September 11.  In order to assure continuity of defense counsel, the parties ask to continue the status conference one week and to exclude time under the Speedy Trial Act from the date of this order

through September 18, 2014, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).  The parties agree that the interests of justice outweigh the best interests of the public and Mr. Hernandez-Torres in a speedy trial and ask the Court to so find.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  September 8, 2014    /s/ T. Zindel_____
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ISMAEL HERNANDEZ TORRES

BENJAMIN WAGNER
United States Attorney

Dated:  September 8, 2014    /s/  T. Zindel for N. Desai_____
NIRAV DESAI
Assistant U.S. Attorney

**ORDER**

The status conference set for September 11, 2014 is CONTINUED to September 18, 2014, at 9:00 a.m.  The matter will be set for change of plea and sentencing.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through September 18, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  September 9, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT